# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | **NO. 10-739** |
| **DARWIN LAMONT PASS** | |

## ORDER

**AND NOW,** this 8th day of May 2020, upon consideration of Defendant's Motion for Compassionate Release (ECF 43) and the Government's Response thereto (ECF 44), **IT IS ORDERED** that Defendant's Motion is **DENIED**.

**May 8, 2020**                                      **BY THE COURT:**


                                                     /s/ *Wendy Beetlestone*
                                                     _____
                                                     **WENDY BEETLESTONE, J.**